# **EXHIBIT 1**



# SLM Securitized Private Education Loan Programs

| | Smart Option | Undergraduate/Graduate/ Med/Law/MBA | Direct-to-Consumer (DTC) | Consolidation | Career Training (CT) |
|---|---|---|---|---|---|
| Origination Channel | School | School | Direct-to-Consumer | Lender | School |
| Typical Borrower | Student | Student | Student | College Graduates | Student |
| Typical Co-signer | Parent | Parent | Parent | Parent | Parent, Spouse |
| Typical Loan | $10k avg orig bal, 10 yr avg term, in-school payments of interest only, $25 or fully deferred | $10k avg orig bal, 15 yr term, deferred payments | $12k avg orig bal, 15 yr term, deferred payments | $43k avg orig bal, 15-30 year term depending on balance, immediate repayment | $10k avg orig bal, up to 15 yr term, immediate payments |
| Origination Period | March 2009 to present | All history to present | 2004 through 2008 | 2006 through 2008 | 1998 to present |
| Certification and Disbursement | School certified and disbursed | School certified and disbursed | Borrower self-certified, disbursed to borrower | Proceeds to lender to pay off loans being consolidated | School certified and disbursed |
| Borrower Underwriting | FICO, Debt-to-Income, custom credit score model, and judgmental underwriting | Primarily FICO; Debt-to-Income since 2008 | Primarily FICO | FICO and Debt-to-Income | FICO, Debt-to-Income and judgmental underwriting |
| Borrowing Limits | $200,000 | $100,000 Undergraduate, $150,000 Graduate | $130,000 | $400,000 | Cost of attendance plus up to $6,000 for expenses |
| Current ABS Securitization Criteria | For-Profit; FICO ≥ 670 Non-Profit; FICO ≥ 640 | For-Profit; FICO ≥ 670 Non-Profit; FICO ≥ 640 | FICO ≥ 670 | For-Profit; FICO ≥ 670 Non-Profit; FICO ≥ 640 | FICO ≥ 670, school channel only, no loans in school status |
| School Underwriting | No | No | No | No | Yes |
| Historical Risk-Based Pricing | L + 2% to L + 14% | P-1.5% to P+7.5% L+0% to L+15% | P+1% to P+6.5% L+6% to L+12% | P - 0.5% to P + 6.5% | P+0% to P+9% L+6.5% to L+14% |
| Dischargeable in Bankruptcy | No | No | No | No | Yes |
| Additional Characteristics | ▸ Made to students and parents primarily through college financial aid offices to fund 2-year, 4-year and graduate school college tuition, room and board ▸ Also available on a limited basis to students and parents to fund non-degree granting secondary education, including community college, part time, technical and trade school programs ▸ Both Title IV and non-Title IV schools (1) | ▸ Made to students and parents through college financial aid offices to fund 2-year, 4-year and graduate school college tuition, room and board ▸ Signature, Excel, Law, Med and MBA Loan brands ▸ Title IV schools only (1) ▸ Freshmen must have a co-signer with limited exceptions ▸ Co-signer stability test (minimum 3 year repayment history) | ▸ Terms and underwriting criteria similar to Undergraduate, Graduate, Med/Law/MBA with primary differences being: ▪ Marketing channel ▪ No school certification ▪ Disbursement of proceeds directly to borrower ▸ Title IV schools only(1) ▸ Freshmen must have a co-signer with limited exceptions ▸ Co-signer stability test (minimum 3 year repayment history) | ▸ Loans made to students and parents to refinance one or more private education loans ▸ Student must provide proof of graduation in order to obtain loan | ▸ Loans made to students and parents to fund non-degree granting secondary education, including community college, part time, technical, trade school and tutorial programs ▸ Both Title IV and non-Title IV schools (1) |

(1) Title IV Institutions are post-secondary institutions that have a written agreement with the Secretary of Education that allows the institution to participate in any of the Title IV federal student financial assistance programs and the National Early Intervention Scholarship and Partnership (NEISP) programs.

15

Confidential and proprietary information © 2013 Sallie Mae, Inc. All rights reserved.