# **EXHIBIT 3**



P.O. Box 9640
Wilkes-Barre, PA 18773-9640



U123

Account Number: 9085767703

00033222 002516 002516 1/1 000000 5657583 5043 5044



Kawaan Hall
19547 E 18th Ave
Aurora, CO 80011-5300

April 26, 2022

## Kawaan, your loans will soon resume payment.

You were previously identified as having one or more loans impacted by a court order entered in the case captioned *Crocker v. Navient Solutions, LLC*, Case No 16-03175 (Bankr. S.D. Tex.). As required by the order, communications regarding your account were temporarily suspended and your loan(s) were placed in a forbearance status. Now that the court order has come to an end, your loan(s) will enter back into repayment and regular servicing activity will soon resume.

### What you need to do
Keep an eye out for your billing statement, which will include your payment amount and due date.

### Ways you can pay
**Online:** The fastest way to make a payment is by visiting Navient.com. With our mobile site, it's easy to pay on your smartphone, too.
**By Phone:** Call us at *866-334-6290*.
**By mail:** Send payment to Navient, P.O. Box 9000, Wilkes-Barre, PA 18773-9000. Please include your loan number on the check or money order.

### Let us know if you can't make your normal Monthly Payment
We know financial challenges can come up unexpectedly, and we want to help you stay on track with your repayment schedule. If making your normal Monthly Payment isn't an option for you, call us today to talk about your financial situation. We may be able to reduce your Monthly Payments.

### Important disclosure(s)

*Your loan servicer*
Your loans are serviced by Navient Solutions, LLC (NMLS# 212430).

